# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Paul Marvin Nowell<br>DOB: XXXXXX<br>*Defendant(s)* | ) Case: 1:24-mj-00230<br>) Assigned To : Judge G. Michael Harvey<br>) Assign. Date : 7/23/2024<br>) Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | - Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(2) | -Disorderly or Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | -Disorderly Conduct in a Capitol Building or Grounds; |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/23/2024__

_____
*Judge's signature*

City and state: __Washington, D.C.__     __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*